X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 5 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TO:   UNITED STATES MARSHAL   **ORDER**

RE:   13-10402PO-001-SPL

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant _____ Raymond W. Nessen _____

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

  __X__ Time Served (Judgment to follow.)

  _____ Probation

  _____ Dismissal

  _____ Other

ADDITIONAL INSTRUCTIONS:

Defendant sentenced to time served.

_____

DATED this __25th__ day of __October__, 2013.

_____
Michelle H. Burns
United States Magistrate Judge

#1052